UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MEXICAN GOVERNMENT BONDS
ANTITRUST LITIGATION

18-CV-2830
18-CV-3985
18-CV-4294
18-CV-4400
18-CV-4402
18-CV-4673

ORDER

J. PAUL OETKEN, District Judge:

On March 30, 2018, Plaintiffs Oklahoma Firefighters Pension & Retirement System and

Electrical Workers Pension Fund Local 103, I.B.E.W. filed a class action complaint against

Banco Santander S.A.; Santander Investment Securities, Inc.; Santander Holdings USA, Inc.;

Banco Santander (Mexico) S.A.; Institución de Banca Múltiple; Grupo Financiero Santander

Mexico; Santander Investment Bolsa; Sociedad de Valores, S.A.U.; Banco Bilbao Vizcaya

Argentaria, S.A.; BBVA Securities, Inc.; BBVA Compass Bancshares, Inc.; BBVA Bancomer

S.A.; Institucion de Banca Multiple; Groupo Financiero BBVA Bancomer, S.A. de C.V.;

JPMorgan Chase & Co.; JPMorgan Chase Bank; National Association; JP Morgan Securities

LLC; J.P. Morgan Broker-Dealer Holdings Inc.; Banco J.P. Morgan, S.A. Institución de Banca

Múltiple; J.P. Morgan Grupo Financiero; HSBC Holdings PLC; HSBC Bank PLC; HSBC

Securities (USA) Inc.; HSBC Markets (USA) Inc.; HSBC México, S.A.; Institucion de Banca

Múltiple; Grupo Financiero HSBC; HSBC North America Holdings Inc.; HSBC Latin America

Holdings (UK Limited); Barclays PLC; Barclays Capital PLC; Barclays Capital Inc.; Barclays

Bank PLC; Grupo Financiero Barclays Mexico, S.A. de C.V.; Barclays Bank Mexico, S.A.;

Citigroup Inc; Citigroup Global Markets Inc.; Citigroup Financial Products Inc; Citigroup Global

1

Markets Holdings Inc; Banco Nacional de Mexico, S.A.; Institucion de Banca Multiple; Grupo Financiero Banamex; Bank of America N.A.; Bank of America Corporation; BankAmerica International Financial Corporation; Bank of America Mexico, S.A.; Institución de Banca Múltiple; Grupo Financiero Bank of America; Merrill Lynch; Pierce, Fenner & Smith Incorporated; Deutsche Bank AG; Deutsche Bank Securities, Inc.; Deutsche Bank Americas Holding Corp; Deutsche Bank México, S.A.; Institución de Banca Múltiple; and John Does 1-10.

The complaint alleges that Defendants are the "exclusive Mexican government-approved market makers" for Mexican government bonds. (*See* Dkt. No. 1 ("Compl.") ¶¶ 1-2.) It asserts an antitrust claim under Section 1 of the Sherman Act, 15 U.S.C. § 1. (*See* Compl. ¶¶ 282-289.) Since then, other Plaintiffs have filed similar suits in this Court. To date, the following five actions have been assigned or reassigned to the undersigned:

1. *Manhattan and Bronx Surface Transit Operating Auth. Pension Plan, et al. v. Banco Santander S.A., et al.*, No. 18-CV-3985
2. *Boston Retirement Sys. v. Banco Santander S.A., et al.*, No. 18-CV-4294
3. *Se. Pa. Transp. Auth. v. Banco Santander S.A., et al.*, No. 18-CV-4400
4. *United Food and Com. Workers Union and Participating Food Indus. Emps. Tri-State Pension Fund v. Banco Bilbao Vizcaya Argentaria S.A.*, No. 18-CV-4402
5. *Gov't Emps.' Ret. Sys. of the Virgin Islands v. Banco Santander S.A.*, No. 18-CV-4673

The Court ordered these cases consolidated under case number 18-CV-2830. (*See* Dkt. No. 49.) All filings in the member cases shall be in the lead case. Despite such consolidation, the consolidated cases "retain their separate identities." *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018). For administrative purposes, the Clerk of Court is directed to close the other five actions listed above. This order does not affect the rights of the parties in any of the consolidated cases.

SO ORDERED.

Dated: March 29, 2022
      New York, New York

_____
J. PAUL OETKEN
United States District Judge